FILED

2022 FEB 28 PM 12: 22

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Mucktarr    SEI<br>USMS# _____ | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER:<br>CR21-244 (a)-VAP<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 02-26-2022    12:50 pm    ☐ AM  ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☑ Yes  ☐ No

4. Charges under which defendant has been booked:

   21USC 846, 21 USC 841 (a)(1), (b)(1)(C) Distro of Fentanyl resulting in death

5. Offense charged is a:  ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☑ No  ☐ Yes   Language: _____

7. Year of Birth: 1985

8. Defendant has retained counsel:  ☐ No
   ☑ Yes   Name: N/A                         Phone Number: N/A

9. Name of Pretrial Services Officer notified: Called @ 11:40 AM - N/A on name

10. Remarks (if any): Received email from Vivian Villegas

11. Name: S/A Caleb Hodgson                  (please print)

12. Office Phone Number: (213) 304-8300      13. Agency: DEA

14. Signature: _____                 15. Date: 02-28-2022

CR-64 (05/18)                REPORT COMMENCING CRIMINAL ACTION