**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Mucktarr Kather Sei<br>Defendant. | Western Division<br>Case Number: 2:21-CR-00244-VAP-2    Superseding Indictment A<br>Initial App. Date: 02/28/2022                           Custody<br>Initial App. Time: 1:00 PM<br><br>Date Filed: 02/24/2022<br>Violation: 21:846; 21:841(a)(1)<br><br>CourtSmart/ Reporter: __CS 02/28/22__ |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Alka Sagar | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:** Felix, Alma — _Deputy Clerk_     Lyndsi Allsop — _Assistant U.S. Attorney_     None — _Interpreter/Language_

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
    ☐ preliminary hearing OR ☐ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☐ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☑ Attorney: Barry Hammond, Retained ☐ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
☑ Special appearance by: _____
☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☑ CONTINUED
☐ Contested detention hearing is held. ☑ Defendant is ordered: ☐ Permanently Detained ☑ Temporarily Detained (see separate order).
☐ BAIL FIXED AT $_____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived. ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ PIA set for:_____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
    ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
    ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
    ☐ Warrant of removal and final commitment are ordered stayed until _____
☑ Case continued to (Date) 03/04/22 (Time) 10:00 ☑ AM ☐ PM
    Type of Hearing: Detention Hrg Before Judge Sagar /Duty Magistrate Judge.
☑ Proceedings will be held in the ☐ Duty Courtroom _____ ☑ Judge's Courtroom 540/VTC
☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☑ Other: PIA NOT held. Continued to 03/04/22 @ 10:00 a.m.
    ☑ PSA ☐ USPO ☐ FINANCIAL    ☑ CR-10 ☑ CR-29    ☑ READY
    Deputy Clerk Initials: AF
    18

M-5 (10/13)         CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE         Page 1 of 1