FILED
CLERK, U.S. DISTRICT COURT

FEB 28 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 21 CR 244 |
| v. Mucktarr Sei | |
| DEFENDANT(S). | DESIGNATION AND APPEARANCE OF COUNSEL |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint __Barry Hammond__, Esquire, as my attorney to appear for me throughout all proceedings in this case.

__Feb 28, 2022__
Date

__Barry Hammond for Mucktarr Sei__
Defendant's Signature

City and State __LA Calif__

## APPEARANCE OF COUNSEL

I, __Barry Hammond__ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

__Feb 28, 2022__
Date

__Barry Hammond__
Attorney's Signature

__47320__
California State Bar Number

__5900 Sepulveda Blvd__
Street Address

__Van Nuys 91411__
City, State, Zip Code

__(818) 324-0249__   __(818) 994-9864__
Telephone Number   Fax Number

__barham106@aol.com__
E-mail Address

CR-14 (01/07)   DESIGNATION AND APPEARANCE OF COUNSEL