# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:21-CR-00244(A)-VAP        Recorder: CS 03/14/2022        Date: 03/14/2022

Present: The Honorable Karen L. Stevenson, U.S. Magistrate Judge

Court Clerk: Gay Roberson                                Assistant U.S. Attorney: Michael Morse by VTC

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 2) MUCKTARR KATHER SEI  CUSTODY-PRESENT BY VTC | 2) GREGORY NICOLAYSEN PANEL BY VTC | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the First Superseding Indictment and acknowledges having been read or having received a copy of the First Superseding Indictment and waives the reading thereof. .

The Court appoints Gregory Nicolaysen, CJA Panel, as counsel for all further proceedings for defendant Mucktarr Kather Sei.

Financial affidavit is submitted and filed.

Defendant pleads not guilty to all counts in the First Superseding Indictment.

This case was previously assigned to the calendar of District Judge Virginia A. Phillips.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 4/26/2022 at 8:30 AM
Pre-trial Conference 4/18/2022 at 9:00 AM
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are referred to the assigned judge's trial/discovery order located on the court's website, Judges' Procedures and Schedules.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 10
Initials of Deputy Clerk: GR by TRB

cc: Statistics Clerk, PSALA CJA Supv Attorney, USMLA