NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Gregory Nicolaysen (State Bar #98544)
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Cell: 818-970-7247
Email: gregnicolaysen@aol.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:21-CR-00244-VAP-2 |
| v. | |
| MIRELA TORODOVA, et., al. | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
| [Defendant Mucktarr Kather Sei, #2] | |
| DEFENDANT. | |

Application is made by ☐ plaintiff ☑ defendant Mucktarr Kather Sei
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Alka Sagar _____ by order dated: March 4, 2022 [Pacer #76, 77]

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
Mr. Sei presents to the Court a new bail resource: the residence of Mr. Sei's parents located in the state of New Jersey.

Relief sought *(be specific):*

An Appearance Bond in the amount of $150,000 secured by an Affidavit of Surety With Justification (Form CR-3) with full deeding of property, specifically the New Jersey residence of Mr. Sei's parents.

Defendant respectfully requests that his parents be permitted to attend the hearing by VTC.

Counsel for the defendant and plaintiff United States Government consulted on April 21, 2022
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on [email to AUSA on 04/21/2022] _____ .

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

May 11, 2022
Date

*Gregory Nicolaysen*
Moving Party
(CJA Counsel for Defendant Sei)

APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF
RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING

CR-88 (06/07)