TRACY L. WILKISON, United States Attorney,
SCOTT M. GARRINGER, Assistant United States Attorney, Chief, Criminal Division
PATRICK CASTAÑEDA  (Cal. Bar No. 319431)
Assistant United States Attorney
312 N. Spring Street, Ste. 1400, Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:21-CR-00244-VAP-AS |
| v. | |
| MUCKTARR KATHER SEI | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ✓ Lodged:  (**List Documents**)

GOVERNMENT DOCUMENT UNDER SEAL; GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF PATRICK CASTANEDA AND PROPOSED ORDER SEALING DOCUMENTS.

**Reason:**

✓ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| May 16, 2022 | /s/ PATRICK CASTAÑEDA |
|---|---|
| Date | Attorney Name |
| | UNITED STATES OF AMERICA |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING